UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICIA KENNEDY, Individually, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Case No.19-cv-24846 HUCK |
| | : |
| CHATEAUBLEAU INN THREE, INC. d/b/a | : |
| CHATEAUBLEAU HOTEL, BOB GRILLAS, | : |
| DIMITRIOS GRILLAS, CONSTANTINOS | : |
| GRILLAS, CHATEAUBLEAU INN, INC | : |
| | : |
| Defendants. | : |
| _____/ | : |

## NOTICE OF VOLUNTARY DIMISSAL WITH PREJUDICE

Plaintiff, Patricia Kennedy, by and through undersigned counsel, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, files this Voluntary Dismissal with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing was served via the Court's electronic filing system upon all parties of record this 22nd day of December, 2019.

Respectfully submitted,


Attorney for Plaintiff:

  /s/ Althea M. Campbell Esquire
Althea M. Campbell
Of Counsel
**Thomas B. Bacon, P.A.**
210 N. University Drive, Suite 504
Coral Springs, FL 33071
Tel:(954) 717-1646
Fax: (954) 717-2538
E:mail:amcpleadings@gmail.com

Thomas B. Bacon Esquire
Thomas B. Bacon P.A.
644 North McDonald St
Mt. Dora, FL 32757
Tel: (954) 478-7811